UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GMAC, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>HIATT PONTIAC GMC TRUCKS, INC., a Delaware corporation, STEPHEN A. HIATT, individually and the marital community composed of STEPHEN A. HIATT AND JANE DOE HIATT, STEPHEN M. HIATT AND JANE DOE HIATT, husband and wife, and THEA HIATT, individually and the marital community composed of THEA HIATT and JOHN DOE HIATT,<br><br>                Defendants. | CASE NO. C08-5707RJB<br><br>MINUTE ORDER |

    The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

    On October 20, 2009, Defendants filed the Hiatt Individual Defendants' Motion for Summary Judgment (Dkt. 24) and noted it for November 13, 2009. On October 27, 2009, Plaintiff filed a Motion for Partial Summary Judgment (Dkt. 32) and noted it for November 20, 2009. Defendants have now filed a Motion to Compel and a Rule 56 (f) Motion to Continue Summary Judgment Response (Dkt. 33), also noted for November 20, 2009. The motions address overlapping facts and law and so should be considered together.

    Accordingly, the Hiatt Individual Defendants' Motion for Summary Judgment (Dkt. 24) is **RENOTED** for November 20, 2009. Responses, and replies, if any, should comply with the Federal Rules of Civil Procedure and the Western District of Washington Rules of Civil Procedure.

DATED this 5th day of November, 2009.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER