THE HONORABLE ROBERT J. BRYAN

1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9
AT TACOMA

10  GMAC, LLC,                                    NO. CO8-5707 RJB

11              Plaintiff,                        STIPULATION AND ORDER FOR RELEASE
                                                  OF FUNDS HELD BY COLUMBIA BANK TO
12  vs.                                           GMAC

13  HIATT PONTIAC GMC TRUCKS, INC., a
    Delaware corporation, STEPHEN A. HIATT,
14  individually, and the marital community
    composed of STEPHEN A. HIATT and JANE
15  DOE HIATT; STEVEN M. HIATT and JANE DOE
    HIATT, husband and wife, and THEA HIATT,
16  individually and the marital community
    composed of THEA HIATT and JOHN DOE
17  HIATT,

18              Defendants.
19
20          The parties, through their respective counsel, hereby agree and stipulate that the

21  funds held by Columbia Bank in Hiatt Pontiac's general operating account pursuant to the

22  September 10, 2008 Preliminary Injunction issued in Pierce County Superior Court Cause

23  No. 08-2-11837-7 (before removal of this action to this Court) shall be released in full to

24  GMAC, LLC.

25  //

26

Stip;/Order releasing funds - 1
(CO8-5707 RJB)
[stipulation and order of release of columbia bank funds]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

Dated this 5th day of February 2010.

GORDON THOMAS HONEYWELL LLP

By /s/ Stephanie Bloomfield _____
    Stephanie Bloomfield, WSBA No. 24251
    Attorneys for Defendants

SEVERSON & WERSON

By /s/ Mark I. Wraight _____
    Mark I. Wraight, *Pro Hac Vice*
    Attorneys for Plaintiff GMAC

## ORDER

This matter having come before the Court based on the Stipulation set forth above, the Court having reviewed the records and files herein and being fully advised in the premises, it is hereby ORDERED that the funds held by Columbia Bank in Hiatt Pontiac's general operating account pursuant to the September 10, 2008 Preliminary Injunction issued in Pierce County Superior Court Cause No. 08-2-11837-7 shall be released in full to GMAC, LLC.

DATED this 8th day of February, 2010.

_Robert J Bryan_
ROBERT J. BRYAN
United States District Judge

Stip./Order releasing funds - 2
(C08-5707 RJB)
[stipulation and order of release of columbia bank funds]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565